GREEN CROWDER v. RICHARD NELSON.

EVIDENCE: PARTY BOUND BY TESTIMONY INTRODUCED BY HIMSELF.—If a party introduce in evidence the sworn statements of his antagonist, he is bound by them if they be uncontradicted by other testimony.

IN error from the Circuit Court of Yalobusha county. Hon. Wm. L. Harris, judge.

F. Anderson, for plaintiff in error.

F. M. Aldridge and J. Z. George, for defendant in error.

FISHER, J., delivered the opinion of the court.

This was an action in the Circuit Court of Yalobusha county,

by the plaintiff below, to recover the amount of an account for services rendered by the plaintiff as an attorney and counsellor at law to the defendant.

The question before the jury was purely one of fact—and there cannot be a doubt as to the sufficiency of the testimony to justify the verdict found for the plaintiff.

It is however said that the court erred in giving the second instruction on behalf of the plaintiff. The defendant introduced as part of his evidence a deposition given by the plaintiff in a controversy in the Probate Court of Carroll county, between the defendant and other parties. This deposition had reference to the matters embraced in the plaintiff's account, and the court instructed the jury that the defendant was bound by testimony which he had himself introduced, unless it was contradicted by other testimony. This instruction was certainly correct, or at least as favorable to the defendant as he could ask.

Judgment affirmed.